IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK E. BOOTHE and JUDY BOOTHE, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL NO.   12-25-SCW |
| vs. | ) ) |
| MARSHALL BROWNING HOSPITAL and K. RAJASEKHARA WARRIER, | ) ) |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on August 20, 2013 (Doc. 84) the above-captioned action is **DISMISSED** with prejudice.

**Dated:**   October 4, 2013

Nancy J. Rosenstengel, Clerk of Court

By: s/Angela Vehlewald

Deputy Clerk

**Approved:** s//Stephen C. Williams
STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE